UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLTON KNOWLES,

        Plaintiff,

  - against -

LEMOYNE-OWEN COLLEGE,

        Defendant.

---

23-cv-8904 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

A response to the complaint was due November 21, 2024. No response was filed. The time to respond is extended to **January 26, 2024**. If the defendant fails to respond, the plaintiff should move by Order To Show Cause for a default judgment by **February 9, 2024**.

The conference scheduled for January 30, 2024 is cancelled.

**SO ORDERED.**

Dated:    New York, New York
           January 17, 2024

                                          John G. Koeltl
                                    United States District Judge